JESSIE ROBERTSON v. THE STATE.

No. 9587.    Delivered June 24, 1925.

**Assault to Murder—No Statement of Facts—No Bills of Exception.**

No statement of Facts, nor Bills of Exception appearing in this record, and finding no error, the judgment is affirmed.

Appeal from the District Court of Limestone County. Tried below before the Hon. J. K. Bell, Judge.

Appeal from a conviction for an assault with intent to murder; penalty, two years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The conviction is for assault with intent to murder; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception.

Finding no error, the judgment is affirmed.

*Affirmed.*